934

No. 1238. BATTERTON, EXECUTOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Hershel Shanks* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Jonathan S. Cohen* for the United States.

No. 1256. HILL v. FLOTA MERCANTE GRANCOLOMBIANA, S. A. C. A. 5th Cir. Certiorari denied. *Clifton S. Carl* for petitioner.

No. 1264. WOLFE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *George F. Douglas, Jr.,* for petitioner.

No. 1270. McCOWN v. HUMBLE OIL & REFINING Co. C. A. 4th Cir. Certiorari denied. *Harvey Goldstein* for petitioner. *John W. Winston* for respondent.

No. 1272. SHEAFFER ET AL. v. WAREHOUSE EMPLOYEES UNION, LOCAL 730, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA. C. A. D. C. Cir. Certiorari denied. *Albert J. Ahern, Jr.,* and *John K. Pickens* for petitioners. *Herbert S. Thatcher* for respondent.

No. 1274. SMITH v. STOUTOMIRE. Sup. Ct. Ala. Certiorari denied. *Charles S. Conley* for petitioner.

No. 1278. ARMSTRONG v. UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for the United States.